UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                              *

MCCONKEY & KEANE, INC.              *          BANKRUPTCY NO. 09-23164TJC
                                                               (CHAPTER 7)
    DEBTOR(s)                              *

\* \* \*

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $13,686.71 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to

| Name and Last Known Addresses of Creditors or Other Recipients | Unclaimed Amount |
|---|---|
| Chartis U.S.<br>ATTN:  Ryan G. Foley, Authorized Agent<br>180 Maiden Lane 37th Floor<br>New York, NY  10038 | $4,972.14 |
| Ideac Media<br>Formerly Verizon Directories<br>5601 Executive Drive<br>Irving, TX  75038 | $7,761.18 |
| Page-A-Tech<br>6720 Industrial Drive<br>Beltsville, MD  20705 | $953.39 |

   /s/ Roger Schlossberg
Roger Schlossberg
134 W. Washington St.
P.O. Box 4227
Hagerstown, MD 21741-4227
Phone (301) 739-8610
Chapter 7 Trustee