**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| IN RE: | CaseNumber: 09-27225 |
|---|---|
| Chapter 13 Administration | Debtor(s): BAYLUS S. IRBY |
| | LAURETTA M. IRBY |

### LINE DEPOSITING FUNDS INTO COURT REGISTRY

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$1,694.80** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 10/31/2014

Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| IDEARC MEDIA<br>5601 EXECUTIVE DRIVE<br>IRVING, TX,   75038 | 10 | $1,694.80 |
| Total | | **$1,694.80** |