# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 2/25/16

In re:   Case No.:   09–27225 NVA     Chapter:   13

| Baylus S. Irby | Lauretta M. Irby |
|---|---|
| Debtor(s) | |

# DEFICIENCY NOTICE

DOCUMENT:   95 – Motion to Withdraw Unclaimed Funds from the Court Registry in the amount of $1694.80 Filed by Brian J. Dilks. (Attachments: # 1 Support Document # 2 Research Documents) (Alexander, Lisa)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 3/10/16.**

CURE:   non–redated Identification for Brian Dilks and Clifford Wilson must be provided.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander  301–344–3378

cc:   Debtor(s)
Attorney for Debtor(s) – Jeffrey M. Sirody
Brian Dilks
Clifford E. Wilson

Form defntc (11/2013)